```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 06 B 09235
    SHANNON B GIBSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7763

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/01/2006 and was confirmed 10/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

     The case was dismissed after confirmation 08/18/2008.
--------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
 FREMONT INVESTMENT & LOA CURRENT MORTG          .00           .00             .00
 FREMONT INVESTMENT & LOA MORTGAGE ARRE     30982.26           .00        11450.05
 ILLINOIS DEPT OF REVENUE PRIORITY           1141.31           .00             .00
 ILLINOIS DEPT OF REVENUE UNSECURED           440.82           .00             .00
 INTERNAL REVENUE SERVICE PRIORITY         NOT FILED           .00             .00
 DEUTSCHE BANK NATIONAL T SECURED NOT I         .00           .00             .00
 JEFFERY L BENSON            DEBTOR ATTY     1,574.00                      1,574.00
 TOM VAUGHN                  TRUSTEE                                         915.95
 DEBTOR REFUND               REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                 13,940.00

 PRIORITY                                           .00
 SECURED                                       11,450.05
 UNSECURED                                          .00
 ADMINISTRATIVE                                  1,574.00
 TRUSTEE COMPENSATION                              915.95
 DEBTOR REFUND                                      .00
                        ---------------      ---------------
 TOTALS                   13,940.00            13,940.00




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 09235 SHANNON B GIBSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 06 B 09235 SHANNON B GIBSON